ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Trustees of the Westchester Putnam Counties Laborers' Local )
No. 60 Heavy & Highway Benefit Funds, Welfare, Pension, )
Annuity, Education & Training, Legal Services, Industry )
Advancement and Political Action Funds and the Laborers' )
International Union of North America Local No. 60, )
  ) Fed. R. Civ. Pro. 7.1
  Plaintiffs, )
  )
  -against- )
  )
CANAL ASPHALT INC., )
  )
  Defendant. )

08 CIV. 1224

JUDGE ROBINSON

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

Date: February 5, 2008 ~~November 12, 2007~~

_____
Karin Arrospide, Esq. (KA9319)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____