## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08 civ . 1224                                    Purchased/Filed: February 6, 2008

STATE OF NEW YORK    UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT

---

Trustees of the Westchester Putnam Counties Laborers' Local No. 60 Heavy & Highway Benefit Funds, Welfare, Pension, Annuity, Education & Training, Legal Services, Industry Advancement and    Plaintiff

against

Canal Asphalt Inc.                                                                        Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY            SS.:

___Jessica Miller___, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___February 12, 2008___, at ___2:00pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action, Fed. R. Civ. Pro. 7.1 and Complaint

on ___Canal Asphalt Inc.___, the Defendant in this action, by delivering to and leaving with ___Chad Matice___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section ___306 Business Corporation Law___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: ___28___    Approx. Wt: ___200___    Approx. Ht: ___6'0"___
Color of skin: ___White___    Hair color: ___Brown___    Sex: ___M___    Other: _____

Sworn to before me on this

14th day of ___February, 2008___

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 16, 2011

Jessica Miller

Invoice-Work Order # SP0801441

SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179