*Robinson, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
Trustees of the Westchester Putnam Counties Laborers' Local
No. 60 Heavy & Highway Benefit Funds, Welfare, Pension,
Annuity, Education & Training, Legal Services, Industry
Advancement and Political Action Funds and the Laborers'
International Union of North America Local No. 60,

Index No.: 08-CIV-1224 (SCR)

                    Plaintiffs,

**VOLUNTARY NOTICE
OF DISMISSAL**

     -against-

CANAL ASPHALT INC.,

                  Defendant.

-------------------------------------------------------------------------x

     PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the

plaintiff by the undersigned attorney of record hereby voluntarily dismiss the above entitled action

without prejudice.

Dated:  May 5, 2008
        Elmsford, New York

*Karin Arrospide*
Karin Arrospide, Esq. (KA9319)
BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC
Attorney for Plaintiffs
258 Saw Mill River Road
Elmsford, NY 10523
(914) 592-1515

*Case Closed*

*So ORDERED*

*Jonathan C. Robinson*
U.S.D.J.
DATED: *May 9, 2008*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: